# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3380
LT Case No. 42-1988-CF-1290-B

_____

ERIC DARWIN DOBSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Marion County.
Barbara Kissner, Judge.

David M. Lamos, of Law Offices of David M. Lamos, Fort Pierce,
for Appellant.

No Appearance for Appellee.

March 31, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and EISNAUGLE and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____